**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

**CRAIG WALKER,** individually and on behalf of similarly situated persons,

Plaintiff,

v.

**MOUNTAINSIDE PIZZA, INC.,** and **BRENT HAMILL, individually,**

Defendants.

**Case No.: 1:26-cv-631-PAB-SBP**

**NOTICE OF SUPPLEMENT**

**COLLECTIVE ACTION AND CLASS ACTION**

**DEMAND FOR JURY TRIAL**

Plaintiff Craig Walker ("Plaintiff"), individually and on behalf of all other similarly situated employees, hereby supplements his Amended Complaint, Dkt. #14 with Exhibit 2, the track-changed copy of the amended complaint.

Respectfully submitted,

*/s/ Colby Qualls*

Colby Qualls
Ark. Bar. No. 2019246
FORESTER HAYNIE, PLLC
10800 Financial Centre Pkwy, Ste. 510
Little Rock, AR 72211
Telephone: (214) 210-2100
cqualls@foresterhaynie.com

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I certify that the foregoing will be served on all counsel of record using the court's e-filing system.

*/s/ Colby Qualls*
Colby Qualls